UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANA Z. ELLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL & HEALTH SERVICES; STATE OF WASHINGTON; U.S. DEPARTMENT OF AGRICULTURE; and U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>    Defendants. | NO.  CV-05-313-RHW<br><br>**ORDER OF DISMISSAL** |

Before the Court is Plaintiff's Complaint against Defendants, Washington Department of Social and Health Services ("DSHS"), the State of Washington ("State"), the U.S. Department of Agriculture ("DOA"), and the U.S. Department of Health and Human Services ("HHS") (Ct. Recs. 1, 4, 5).  Plaintiff is acting *pro se*.  By separate Order, the Court granted Plaintiff leave to proceed *in forma pauperis* (Ct. Rec. 6).  Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the Court previously reviewed Plaintiff's Complaint for legal sufficiency.  On September 15, 2006, the Court found it did not state a claim for which relief could be granted and granted Plaintiff leave to voluntarily amend her Complaint (Ct. Rec. 12).  Plaintiff has not filed an amended Complaint within the sixty day period allotted in the Court's Order.

Accordingly, for the reasons stated in the Court's September 15, 2006 Order,

**ORDER OF DISMISSAL** * 1

1 | Plaintiff's Complaints (Ct. Recs. 1, 4, 5) are DISMISSED with prejudice.

2 | **IT IS SO ORDERED.** The District Court Executive is directed to enter this

3 | Order and forward copies to Plaintiff and **close the file**.

4 | **DATED** this 27th day of November, 2006.

5 | *s/ Robert H. Whaley*

6 | ROBERT H. WHALEY
Chief United States District Judge

11 | Q:\CIVIL\2005\Ellis\dismiss.ord.wpd

**ORDER OF DISMISSAL** * 2